Nancy Curry, Chapter 13 Standing Trustee
606 Olive Street, Suite 950, Los Angeles, CA 90014
213) 689-3014  FAX (213) 689-3055, Email Trustee13LA@aol.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br>**LOS ANGELES DIVISION** | |
| In re:<br><br>ITZEP-RAMIREZ, ESTUARDO OTONIEL<br>LOPEZ DE ITZEP, ANSELMA VICTORIA<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. LA 2:10-bk-47577-VZ<br><br>**TRUSTEE'S OBJECTION TO CONFIRMATION**<br>**0% PLAN; DECLARATION; NOTICE OF**<br>**POSSIBLE DISMISSAL OR CONVERSION**<br><br>DATE/TIME: May 16, 2011 09:00 AM<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title II of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

**All required documentation should be delivered to the Trustee no later than 14 days before the above scheduled hearing date.**

DATED: October 27, 2010                                                                                              /s/ Nancy Curry

I, Nancy Curry, declare as follows:

1. I am the Trustee in this matter, ITZEP-RAMIREZ, ESTUARDO OTONIEL LOPEZ DE ITZEP, ANSELMA VICTORIA, LA 2:10-bk-47577-VZ, and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2. I object to confirmation of the proposed plan because of the specific deficiencies which are set forth in the attached exhibit which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the II USC §341(a) meeting held in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California on October 27, 2010.                    /s/Nancy Curry

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 U.S.C. §§1307(c) and 1307(c)(1).

*Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.*

### Feasibility

The Plan is infeasible because presently known claim total exceeds amount plan provides Wells Fargo, Chase Auto, and Toyota. [11 USC §1325(a)(6)].

### Income

The Debtor-wife who owns a party supply business has failed to comply with the business reporting requirements of LBR 3015-1(c)(4). The Debtor is requested to provide the following:

- Actual monthly income and expense statements (not a profit and loss statement) for the six months preceding the date of the petition with supporting bank statements; and continue to provide them each month until a plan is confirmed;
- Projected income and expenses for the 12 month period following the filing of the petition.

### Attorney Fee

The Debtor attorney is requested to address the following apparent fee discrepancy re fee received agreed:

BR Form 2016(b)    $4,500

RARA              $4,000

### Miscellaneous

This is Debtor's second Chapter 13 case within one year.

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 B.R. 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 B.R. 548, 552 (9th Cir. BAP (Cal.), 2001).

## PROOF OF SERVICE OF DOCUMENT

**In Re:** ITZEP-RAMIREZ, ESTUARDO OTONIEL  LOPEZ DE ITZEP, ANSELMA VICTORIA
**Case No. LA 2:10-bk-47577-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; DECLARATION, NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On October 29, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
ITZEP-RAMIREZ, ESTUARDO OTONIEL
LOPEZ DE ITZEP, ANSELMA VICTORIA
5818 5TH. AVE.
LOS ANGELES, CA 90043

Attorney for Debtor
ELIZABETH TORRES
THE LAW CENTER BUILDING
2160 N. DURFEE AVE.
EL MONTE, CA 91733-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 29, 2010 | Omar Flores | /s/ Omar Flores |
|---|---|---|
| Date | Type Name | Signature |